IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )    Cr. No. 04-20163
                                     )
VIRGIL TAB, JR.,                     )
                                     )
        Defendant.                   )
                                     )

ORDER WITHDRAWING ORDER OF REFERENCE

The Court having granted the motion to allow attorney Coleman Garrett and William Johnson to withdraw during the report date on April 22, 2005, and the defendant having announced that new counsel has been retained, the Order of Reference entered April 22, 2005 is hereby WITHDRAWN.

SO ORDERED THIS 26 DAY OF April, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:04-CR-20163 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT