M1

FILED BY _____ D.C.
05 MAY 23

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

2005 APR 25  PM 2: 43

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W/D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

VS.                                                    NO. 04-20163-M1

TAB VIRGIL,

DEFENDANT

MOTION DENIED
Case set for
Trial June 6th

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

MAY 23, 2005
DATE

Set 5-23-05
at 9:30 AM

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-23-05

## MOTION FOR SETTING OF REASONABLE BAIL

Comes now the Defendant, Tab Virgil, by and through his counsel of record, Javier Michael Bailey, and for action moves this honorable court to set bail pursuant to the 8th Amendment of the United States Constitution and the Bail Reform Act, 18 USC 3142. In support thereof, the movant Defendant would show this honorable court the following:

1. That the Defendant has been incarcerated for over 15 months on both state and federal charges arising from the same alleged event.

2. That the State of Tennessee set bail at $150,000 after an extended probable cause hearing.

3. That Defendant has sufficient minimum contacts within this community and the Western District of Tennessee to mitigate against the risk of flight; including but not limited to a residence in Memphis, Tennessee.

(83)

4. That the Defendant is a nationally known entertainer and the matter before the court has received national media attention, thereby further reducing the risk of flight.

5. That there is no indication that the offense charged would be a continuing offense.

6. That the Defendant is presumed innocent pursuant to the United States Constitution, and has a right as a matter of law to reasonable bail, with appropriate conditions.

7. That pretrial incarceration has substantially hindered the Defendant's ability to assist in his defense, and to carry out his livelihood.

8. That the Defendant maintains his innocence and intends to stand trial on the charges as indicted.

9. The Defendant is not a danger to the community.

Respectfully Submitted,

**THE WALTER BAILEY LAW FIRM, LLP**

By: _____
Javier M. Bailey (#14186)
100 North Main Street, Suite 3002
Memphis, TN 38103
(901) 575-8702

## CERTIFICATE OF SERVICE

    I, Javier M. Bailey, do hereby certify that a copy of the foregoing document has been served upon the following via U. S. Mail, postage prepaid, to the United States Attorney General, this the _____ day of _____, 2005:

_____
Javier M. Bailey

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 2:04-CR-20163 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT