FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG 10 AM 11: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| VS ) | CR. NO. 04-20163-Ml |
| ) | |
| VIRGIL TAB, JR. ) | |
| Defendant. ) | |

**ORDER ON JURY VERDICT**

This cause came on for trial on August 1, 2005, the United States Attorney for this District, Terrell Harris, representing the Government, and the defendant, Virgil Tab, Jr., appearing in person and with counsel, Javier Bailey.

Jurors were selected and sworn. After listening to opening statements, all of the proof, closing arguments and jury charge, the jurors were excused to begin deliberation.

After due deliberation, the jury returned in open court on August 9, 2005, and announced a verdict of GUILTY as to Counts 1, 2 and 3 of the Indictment.

Jurors were polled individually.

The **SENTENCING HEARING** is **SET** on **WEDNESDAY, OCTOBER 26, 2005 at 9:00 A.M.** in Courtroom Number 4, 9th Floor, before Judge Jon Phipps McCalla.

Defendant was remanded to the custody of the United States Marshal.

ENTERED this the 10 day of August, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-11-05

103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 103 in case 2:04-CR-20163 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT